**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION**

## UNCLAIMED FUNDS IN CHAPTER 13 CASES

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #: 04-33111
Debtor(s) Name: JESSE BUTLER / BONNIE BUTLER

Unclaimed Funds Check #: 11020626
Date Unclaimed Funds Check issued: September 18, 2009

**Amount remitted to Unclaimed Funds - Case # 04-33111:** **$2204.10**
Claim Number: 006-0
Court Claim Number: 6

Creditor Name and Address:

WORLD FINANCE CORP
6941 A MAYNARDVILLE HWY
KNOXVILLE, TN 37918-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN. 37901
(865) 524-4995